# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SHOT SCOPE TECHNOLOGIES LTD.,**<br><br>Defendant. | **CASE NO. 2:23-cv-562**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Wyoming Intellectual Property Holdings, LLC, and Defendant Shot Scope Technologies Ltd. hereby stipulate to the dismissal with prejudice of all claims of infringement that were or could have been asserted in this Action, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B) and according to the terms of an Agreement between the parties. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  April 3, 2024

/s/ *Randall Garteiser*
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Attorneys for Plaintiff*

/s/ *Victor C. Johnson*
Victor Calvin Johnson
victor.johnson@dentons.com
James David Tuck
james.tuck@dentons.com

**DENTONS US LLP**
2000 McKinney Avenue Suite 1900
Dallas, TX 75201
214-259-0900

*Attorneys for Defendant*

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Stipulation, and counsel is agreed to the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record in this action registered with the Court's system.  Those counsel not registered with the Court's system will receive service via electronic and U.S. Mail.

*/s/ Randall Garteiser*
Randall Garteiser