IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 2:23-CV-00562-JRG |
| SHOT SCOPE TECHNOLOGIES, LTD., | | |
| *Defendant*. | | |

## ORDER

Before the Court is the Joint Stipulation of Voluntary Dismissal With Prejudice (the "Stipulation") filed by Plaintiff Wyoming Intellectual Property Holdings, LLC ("Plaintiff") and Defendant Shot Scope Technologies, Ltd. ("Defendant"). (Dkt. No. 7.) In the Stipulation, Plaintiff dismisses all claims against Defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. The Clerk is directed to **CLOSE** the above-captioned case.

So ORDERED and SIGNED this 18th day of April, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE